IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY RAY WILLIAMS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MIKE KNOWLES, et al.<br><br>　　　　Respondent. | 1:03-cv-05819-TAG HC<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO RESPONDENT'S RENEWED MOTION TO DISMISS (Doc. 31) |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the Court is Petitioner's request for an extension of time (Doc. 31) to file his opposition to Respondent's Renewed Motion to Dismiss (Doc. 28). Petitioner seeks an extension of time of thirty days within which to file his opposition.

**ORDER**

Good cause appearing therefore, Petitioner's motion for extension of time (Doc. 31), IS HEREBY GRANTED. Petitioner must file his opposition to Respondent's Renewed Motion to Dismiss (Doc. 28) within thirty (30) days of the date of service of this order.

IT IS SO ORDERED.

**Dated:   May 24, 2005**　　　　　　　　　　　/s/ Theresa A. Goldner
j6eb3d　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1