IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY RAY WILLIAMS, | ) 1:03-cv-05819-TAG HC |
| Petitioner, | ) ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE HIS OPPOSITION TO RESPONDENT'S RENEWED MOTION TO DISMISS (Doc. 33) |
| v. | ) |
| MIKE KNOWLES, et al. | ) |
| Respondent. | ) |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the Court is Petitioner's second motion for an extension of time (Doc. 33), to file his opposition to Respondent's Renewed Motion to Dismiss (Doc. 28). Petitioner seeks another extension of time of thirty days within which to file his opposition, based upon counsel's inability to obtain a signed declaration from Petitioner and the difficulties encountered in obtaining complete records of Petitioner's case from the Tuolomne County Public Defender's Office.

///

1

# **ORDER**

Good cause appearing therefore, Petitioner's motion for extension of time (Doc. 33), IS HEREBY GRANTED. Petitioner must file his opposition to Respondent's Renewed Motion to Dismiss (Doc. 28) within thirty (30) days of the date of service of this order.

IT IS SO ORDERED.

**Dated:   June 23, 2005**          /s/ Theresa A. Goldner
j6eb3d                                    UNITED STATES MAGISTRATE JUDGE