IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY RAY WILLIAMS,<br><br>            Petitioner,<br><br>v.<br><br>MIKE KNOWLES, et al.<br><br>            Respondent. | 1:03-cv-05819-TAG HC<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO RESPONDENT'S RENEWED MOTION TO DISMISS (Doc. 35) |

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the Court is Petitioner's third motion for an extension of time (Doc. 35), to file his opposition to Respondent's Renewed Motion to Dismiss (Doc. 28). Petitioner seeks an extension of time of sixty days within which to file his opposition. Petitioner bases his request for additional time on delays Petitioner's counsel had encountered in the penal system in attempting to correspond with Petitioner and obtain information that will address Petitioner's trial counsel's declaration regarding when or if Petitioner became aware of certain circumstances regarding the victim's cause of death. Petitioner's counsel has set forth an account of the difficulties she has encountered in communicating with Petitioner. (Doc. 35, p. 2).

## **ORDER**

Good cause appearing therefore, Petitioner's motion for extension of time (Doc. 35), IS HEREBY GRANTED. Petitioner must file his opposition to Respondent's Renewed Motion to Dismiss (Doc. 28) within sixty (60) days of the date of service of this order. No further extensions of time will be granted absent a showing of exceptional circumstances.

IT IS SO ORDERED.

**Dated:   July 25, 2005**          /s/ Theresa A. Goldner
j6eb3d                              UNITED STATES MAGISTRATE JUDGE