# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TOMMY RAY WILLIAMS, | ) | 1:03-CV-05819 JMD HC |
| Petitioner, | ) | SUPPLEMENT ORDER SCHEDULING |
| | ) | EVIDENTIARY HEARING (Doc. 51). |
| v. | ) | |
| MIKE KNOWLES, | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On August 6, 2008, the Court ordered an evidentiary hearing, scheduled for April 29, 2009. The Court further directs that Respondent and Petitioner submit a joint statement estimating the expected duration of the evidentiary hearing and detailing the number of witnesses to be called by both sides.

Accordingly, the Court HEREBY ORDERS that the Respondent and Petitioner submit a joint statements within thirty (30) days from service of this order.

IT IS SO ORDERED.

**Dated:    February 6, 2009**              **/s/ John M. Dixon**
                                    UNITED STATES MAGISTRATE JUDGE