UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TOMMY RAY WILLIAMS, | ) | 1:03-CV-5819-JMD-HC |
| Petitioner, | ) ) ) | ORDER SETTING BRIEFING SCHEDULE |
| v. | ) ) | |
| MIKE KNOWLES, | ) ) | |
| Respondent. | ) ) | |

On April 29, 2009, the Court conducted an evidentiary hearing concerning Petitioner's ineffective assistance of counsel claim. At the conclusion of the hearing, the Court requested that the parties submit briefs addressing the evidence presented at the April 29 hearing.

Accordingly, it is HEREBY ORDERED that:

1) Petitioner shall file its brief within thirty days of receiving notice that the transcript of the April 29, 2009 hearing is available; and

2) Respondent shall file its brief within thirty days of the filing of Petitioner's brief.

IT IS SO ORDERED.

Dated:   May 1, 2009           /s/ John M. Dixon
                               UNITED STATES MAGISTRATE JUDGE