# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY RAY WILLIAMS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MIKE KNOWLES, Warden,<br><br>　　　　Respondent.<br>_____/ | 1:03-CV-05819 JMD HC<br><br>NOTICE AND ORDER THAT PETITIONER IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM [Doc. 56] IS DISCHARGED |

　　An evidentiary hearing in this matter commenced on April 29, 2009. This matter is now under submission.

　　Accordingly, Petitioner Tommy Ray Williams, C.D.C.R. Inmate No. P-17061, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.


IT IS SO ORDERED.

**Dated:   May 22, 2009**　　　　　　　　　　　　/s/ John M. Dixon
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE