UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TOMMY RAY WILLIAMS, | ) | 1:03-CV-5819-JMD-HC |
| | ) | |
| Petitioner, | ) | ORDER GRANTING PARTIES' REQUEST FOR MODIFICATION OF BRIEFING SCHEDULE |
| v. | ) | |
| | ) | |
| MIKE KNOWLES, | ) | [Doc. 61] |
| | ) | |
| Respondent. | ) | |

On July 8, 2009, Petitioner and Respondent filed a stipulation requesting modification of the briefing schedule set forth in the Court's order setting briefing schedule.[1] Accordingly, cause having been shown, the Court GRANTS the parties' joint request for modification of the briefing schedule. The briefing schedule for this matter is HEREBY MODIFIED as follows:

1) Petitioner shall file his post-evidentiary hearing brief on July 24, 2009.

2) Respondent shall file its post-evidentiary hearing brief on September 1, 2009.

IT IS SO ORDERED.

**Dated:   July 14, 2009**              /s/ John M. Dixon
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that the stipulation was filed on the same day Petitioner's brief was due, in violation of the Court's scheduling order.