UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TOMMY RAY WILLIAMS, | ) | 1:03-CV-5819-JMD-HC |
| | ) | |
| Petitioner, | ) | ORDER DIRECTING PAYMENT OF |
| | ) | REPORTER'S FEES BY UNITED STATES |
| v. | ) | MARSHAL |
| | ) | |
| MIKE KNOWLES, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner is a state prisoner proceeding *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On April 29, 2009, the Court held an evidentiary hearing in this matter.

Pursuant to 28 U.S.C. § 753(f), "fees for transcripts furnished...in habeas corpus proceedings to persons allowed to sue, defend, or appeal *in forma pauperis* shall be paid by the United States." Accordingly, the Court directs the United States Marshal to pay the cost of furnishing Petitioner with the transcript of the April 20, 2009 evidentiary hearing upon receipt of the bill.

IT IS SO ORDERED.

**Dated:   July 28, 2009**              /s/ John M. Dixon
                                        UNITED STATES MAGISTRATE JUDGE