IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY RAY WILLIAMS, | 1:03-cv-05819-JMD (HC) |
| Petitioner, | ORDER GRANTING RESPONDENT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE RESPONSE |
| vs. | |
| MIKE KNOWLES, | (DOCUMENT #74) |
| Respondent. | THIRTY DAY DEADLINE |
| _____/ | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On May 19, 2010, respondent filed a motion to extend time to respond to petitioner's additional briefing.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted thirty days from the date of service of this order in which to file a response.

IT IS SO ORDERED.

**Dated:    May 20, 2010**                          **/s/ John M. Dixon**
                                        UNITED STATES MAGISTRATE JUDGE