UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY RAY WILLIAMS,<br><br>      Petitioner,<br><br>   v.<br><br>MIKE KNOWLES, Warden,<br><br>      Respondent. | Case No.: 1:03-cv-05819-JLT<br><br>ORDER REQUIRING THE PARTIES TO FILE A SUPPLEMENTAL BRIEF<br><br>10-DAY DEADLINE |

     This matter is before the Court after it was remanded by the Ninth Circuit Court of Appeal "for a determination of whether [Petitioner's] actual innocence claim meets the standard set forth in McQuiggin so that he is entitled to an exception to the expiration of the AEDPA statute of limitations." (Doc. 89, pp. 2-3).

     Within 10 days, the parties are **ORDERED** to file a brief, not to exceed five pages, indicating whether an evidentiary hearing is appropriate related to the issue of whether the hospital's in placing the feeding tube into the victim constituted gross negligence. If either party requests such a hearing, he SHALL set forth what the evidence he intends to present will show and the earliest possible timeframe he would be ready for that hearing.

IT IS SO ORDERED.

Dated:  **February 19, 2015**          /s/ Jennifer L. Thurston
                                                  UNITED STATES MAGISTRATE JUDGE