UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY RAY WILLIAMS,<br><br>    Petitioner,<br><br>    v.<br><br>MIKE KNOWLES, Warden,<br><br>    Respondent. | Case No.: 1:03-cv-05819-JLT<br><br>ORDER AFTER TELEPHONIC CONFERENCE RE: RESPONDENT'S REQUEST TO CONTINUE THE HEARING DATE FOR EVIDENTIARY HEARING<br><br>(Doc. 102) |

On May 1, 2015, Respondent filed a motion seeking to continue the evidentiary hearing, currently set on June 23, 2015. (Doc. 102) Respondent cited the need to obtain medical records, to locate witnesses and to secure an expert as grounds for the continuance. Id. at 1-2. However, certain statements made in the motion made it unclear whether Petitioner agreed or disagreed with the request and, as a result, on May 7, 2015, the Court held a telephonic conference with counsel to clarify.

At the conference, counsel for Petitioner, Ms. Phillips, indicated that Mr. Williams objects to the continuance and informed the Court she was prepared to proceed in June. Ms. Phillips reported also she provided Respondent all of the medical records—approximately 700 pages worth—approximately two weeks ago. Ms. Phillips explained that she obtained the records years ago via subpoena and was unaware Respondent did not have them.

Mr. Riley, Deputy Attorney General, explained that, due to the imminent hearing date and the inadequate time for an expert to review the records and be prepared for hearing, he had been unable to

secure the services of an expert.  In addition, Mr. Riley explained that he was having difficulty in obtaining approval to hire the expert, due to budget constraints.  However, he reiterated his belief that an extension of time to September would enable Respondent to be prepared to proceed.

## ORDER

While noting Petitioner's objection, the Court **ORDERS**:

1. To allow Respondent to be prepared to counter Petitioner's evidence, the request to continue the hearing is **GRANTED**.  The hearing will be reset either to September 15 and 16 or September 16 and 17, 2015 depending upon the availability of the experts, witnesses and counsel;

2. Counsel **SHALL** file a stipulation, **no later than May 29, 2015**, indicating their agreement to proceed either on September 15 and 16 or September 16 and 17, 2015;

3. No further continuances of the evidentiary hearing will be entertained except upon a showing of extraordinary good cause.

IT IS SO ORDERED.

Dated:   **May 7, 2015**                              **/s/ Jennifer L. Thurston**
                                                     UNITED STATES MAGISTRATE JUDGE