# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY RAY WILLIAMS,<br><br>        Petitioner,<br><br>    v.<br><br>MIKE KNOWLES, Warden,<br><br>        Respondent. | Case No.: 1:03-cv-05819-JLT<br><br>ORDER CONTINUING EVIDENTIARY HEARING<br><br>(Doc. 102) |

Based upon the availability of counsel and the parties' experts and other witnesses (Doc. 106), the Court **ORDERS**:

1. The evidentiary hearing is **CONTINUED** to September 15, 2015. If the hearing is not completed on that day, it will be completed on September 16, 2015.

No further continuances of the evidentiary hearing will be entertained except upon a showing of extraordinary good cause.

IT IS SO ORDERED.

Dated: **May 29, 2015**          **/s/ Jennifer L. Thurston**
                               UNITED STATES MAGISTRATE JUDGE

1