UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY RAY WILLIAMS,<br><br>      Petitioner,<br><br>      v.<br><br>MIKE KNOWLES, Warden,<br><br>      Respondent. | Case No.: 1:03-cv-05819-JLT<br><br>ORDER REQUIRING PETITIONER TO FILE AN OPPOSITION OR NOTICE OF NON-OPPOSITION TO THE REQUEST TO WITHDRAW THE MOTION TO DISMISS<br><br>(Doc. 108) |

On August 18, 2015, Respondent notified the Court he intended to withdraw his motion to dismiss with prejudice and to abandon the argument that Petitioner's petition for writ of habeas corpus was not filed timely. (Doc. 108)  The Court is unaware of any grounds upon which Petitioner may oppose this request but, in an abundance of caution, will permit Petitioner to respond. Thus, the Court **ORDERS**:

1. **Within 14 days**, Petitioner SHALL file an opposition to the request to withdraw the motion to dismiss—setting forth the legal grounds for his opposition with citation to relevant authority—or his notice of non-opposition to the motion.

IT IS SO ORDERED.

Dated:   **August 19, 2015**                     **/s/ Jennifer L. Thurston**
                                                            UNITED STATES MAGISTRATE JUDGE