Carolyn D. Phillips #103045
Attorney at Law
P.O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for Tommy Ray Williams

# IN THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY RAY WILLIAMS,<br><br>             Petitioner,<br><br>vs.<br><br>MIKE KNOWLES,<br><br>             Respondent. | Case No. 1:03-cv-5819 JLT<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE**<br><br>(Doc. 112) |

    Petitioner Tommy Ray Williams and the respondent Mike Knowles by and through their respective counsel stipulate and agree to alter the merits briefing schedule.  Currently the parties are to file simultaneous briefs by September 23, 2015 with simultaneous reply briefs by October 7, 2015. Both counsel need additional time to complete and file their briefs on these issues. The parties have agreed to modify this briefing schedule as follows:  simultaneous briefs to be filed **October 23, 2015**; and simultaneous reply briefs to be filed **November 6, 2015,**

**SO STIPULATED.**

Dated:    September 21, 2015

/s/ Carolyn D. Phillips
Carolyn D. Phillips
Attorney for Petitioner
Tommy Ray Williams

Dated:    September 21, 2015    Kamala D. Harris
Attorney General of the State of California

By: /s/ Justain R. Riley
Deputy Attorney General
Attorney for Respondent Knowles

IT IS SO ORDERED.

Dated:    **September 21, 2015**

/s/ Jennifer L. Thurston

UNITED STATES

MAGISTRATE JUDGE

*Stipulation to Modify Briefing Schedule; Williams v. Knowles, Case No. 1:03-5819 JMD*    2